# Exhibit 1

## Fw: Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim

**From:** davidbranch dbranchlaw.com (davidbranch@dbranchlaw.com)

**To:** jonathanfuentes@dbranchlaw.com;

**Date:** Thursday, November 16, 2023 at 04:27 PM EST

David A. Branch
Law Office of David A. Branch & Associates, PLLC
1828 L Street, NW
Suite 820
Washington, DC 20036
(202) 785-2805 phone
(202) 785-0289 fax

*\* David A. Branch, Esq.*
*Author—Amazon Best Seller*
*Adjudicate: Justice Now in the Courts of Heaven*

NOTICE: This correspondence contains confidential and privileged information intended for the sole use of the addressee. Any use or dissemination of the contents or metadata by someone other than that individual or its agent is prohibited. If you are not the addressee, please notify the sender immediately and delete the correspondence and any attachments.

**From:** admin dbranchlaw.com <admin@dbranchlaw.com>
**Sent:** Thursday, November 16, 2023 4:15 PM
**To:** davidbranch dbranchlaw.com <davidbranch@dbranchlaw.com>
**Subject:** Fw: Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim

FYI Baron Bell Litigation Hold Notice sent on December 2, 2022.

Best,

Jonathan Fuentes
Senior Paralegal
Law Office of David A. Branch & Associates, PLLC
1828 L Street, NW
Suite 820
Washington, DC 20036
(202) 785-2805 phone
(202) 785-0289 fax

NOTICE: This correspondence contains confidential and privileged information intended for the sole use of the addressee. Any use or dissemination of the contents or metadata by someone other than that individual or its agent is prohibited. If you are not the addressee, please notify the sender immediately and delete the correspondence and any attachments.

**From:** admin dbranchlaw.com <admin@dbranchlaw.com>
**Sent:** Friday, December 2, 2022 6:41 PM
**To:** Muriel.bowser@dc.gov <Muriel.bowser@dc.gov>; eom@dc.gov <eom@dc.gov>; orm@dc.gov <orm@dc.gov>
**Cc:** davidbranch dbranchlaw.com <davidbranch@dbranchlaw.com>
**Subject:** Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim

# Exhibit 1

D.C. Mayor Muriel Bowser and D.C. Office of Risk Management:

On behalf of Attorney David Branch of the Law Office of David A. Branch & Associates, PLLC, please see the attached D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claims sent on behalf of our firm's client, Baron Jamaal Bell. Please confirm receipt of the notice. Thank you.

Best,

Jonathan Fuentes, Legal Assistant
Law Office of David A. Branch & Associates, PLLC
1828 L Street, NW
Suite 820
Washington, DC 20036
(202) 785-2805 phone
(202) 785-0289 fax

NOTICE: This correspondence contains confidential and privileged information intended for the sole use of the addressee. Any use or dissemination of the contents or metadata by someone other than that individual or its agent is prohibited. If you are not the addressee, please notify the sender immediately and delete the correspondence and any attachment.



Baron Bell - 12-309 Notice Final 120222.pdf
99.3kB

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | Customer Information |

UNITED STATES POSTAL SERVICE

November 01, 2023

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 7020 3160 0001 5100 6024

This item was delivered on 01/19/2023 at 13:20:00

< Return to Tracking Number View



Signature / Address: (handwritten) "Aaron Jaman / 1350 Penn"

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    [Submit]

Product Tracking & R...
Version: ...

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $4.00    $3.25    0504   17
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00         Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.60
$
Total Postage and Fees  $7.85
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# Exhibit 1

**LAW OFFICE OF DAVID A. BRANCH & ASSOCIATES, PLLC**
**1828 L Street, N.W., Suite 820**
**Washington, D.C. 20036**
**(202) 785-2805 phone**
**(202) 785-0289 fax**

November 28, 2022

<u>**Via Electronic Mail**</u>
Honorable Mayor Muriel Bowser
District of Columbia Government
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Email: eom@dc.gov; Muriel.bowser@dc.gov

> **RE:** **Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claims for Violations of the District of Columbia Human Rights Act, §§ 2-1401 *et seq*. for Unlawful Discrimination based on Sex, Gender, Sexual Orientation, Religion, and Unlawful Retaliation and violation of Due Process Rights.**

Dear Mayor Bowser:

      This firm has been retained by Baron Jamaal Bell, an individual formerly employed at the DC Department of Health as an Administrative Specialist. We are writing to report the outrageous and illegal actions suffered by our client from DC Health, the DC Department of Human Resources, and the DC Department of Behavioral and Mental Health. Officials of the District of Columbia government breached the government's contract agreement with Mr. Bell by failing to respond to his complaint filed in accordance with the District of Columbia's Anti-Bullying Policy; failing to protect Mr. Bell from retaliation for filing his complaint; then engaging in unlawful discriminatory retaliation against Mr. Bell due to his sex, gender, sexual orientation, and religion. After placing Mr. Bell on absent without leave status for 11-months, the DC Department of Health under the direct involvement of Director LaQuandra Nesbitt, further retaliated against him for his engaging in acts protected by the District of Columbia Human Rights Act, §§ 2-1401 *et seq.* Director Nesbitt and DC Health violated Mr. Bell's First Amendment protection of free speech; violated the protections afforded under the District of Columbia's Whistleblower statute (DC Official Code § 1-615.51 et seq); defamed Mr. Bell's character by intentionally and falsely accusing him of threatening violence in the workplace, a heinous allegation of which he was pleading protection from; then terminated Mr. Bell's employment by deliberately denying him due process in violation of the District of Columbia's Municipal Regulatory Code at 6B 1606.2(k); 1607.2(a)(9); 1607.2(b)(2); 1607.2(b)(4); 1607.2(e); 1607.2(j)(5); 1607.2(l); 1616.5(b); 1622.5; 1623.7; and 1625.1(b).

      Pursuant to D.C. Code Ann. § 12-309 Notice and Litigation Hold, this letter serves to place the District of Columbia on notice of Mr. Bell's intention to file a civil lawsuit against the District of Columbia for the violations enumerated above, which were done with the deliberate and

malicious intent to cause emotional harm. We request immediate intervention in this matter. Please contact my office concerning this matter and if you should have any questions.

                                                  Sincerely,

                                                  David A. Branch

DAB/ggb
Cc: Baron Jamaal Bell