# Exhibit 2

| | |
|---|---|
| **From:** | Husband, Phillip (DOH) |
| **To:** | Parham, John (DOH); Wills, Charlene (DOH) |
| **Subject:** | FW: Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim |
| **Date:** | Monday, December 19, 2022 3:10:42 PM |
| **Attachments:** | Baron Bell - 12-309 Notice Final 120222.pdf<br>image001.png<br>RE Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim.msg<br>image002.png |

John and Charlene,

Baron Bell has made a claim through counsel. Please preserve all documents.

**Phillip L. Husband |** Pronouns: He/Him/His

General Counsel
Office of the General Counsel
District of Columbia Department of Health

Phillip.Husband@dc.gov
Main: 202-442-5977
Direct: 202-442-5970

Cell: 202-997-4943

899 North Capitol Street NE, 6th Fl, Washington, DC 20002
dchealth.dc.gov



Follow DC Health: **Twitter** | **Facebook** | **Instagram**

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for each individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not a named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately and delete all copies of the message.

**From:** Careiro, Vanessa (EOM) <vanessa.careiro@dc.gov>
**Sent:** Monday, December 19, 2022 3:03 PM
**To:** Husband, Phillip (DOH) <phillip.husband@dc.gov>
**Cc:** Cavendish, Betsy (EOM) <betsy.cavendish@dc.gov>
**Subject:** FW: Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim

Philip – You may already be aware of this matter, but wanted to make sure you had this communication. Thanks.

Best,
Vanessa

**Vanessa Careiro** | Deputy General Counsel
Executive Office of the Mayor
(202) 724-1303 (o) | (202) 340-8555 (c)
vanessa.careiro@dc.gov

**From:** Slattery, Jim (EOM) <Jim.Slattery@dc.gov>
**Sent:** Monday, December 5, 2022 12:17 PM
**To:** Cavendish, Betsy (EOM) <betsy.cavendish@dc.gov>
**Cc:** Careiro, Vanessa (EOM) <vanessa.careiro@dc.gov>
**Subject:** FW: Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim

Betsy- flagging for awareness. Attached is an email reply from ORM as well.

Jim Slattery | Correspondence Officer

Pronouns: He/Him/His (What's This?)
Mayor's Correspondence Unit | Executive Office of Mayor Muriel Bowser
The John A. Wilson Building | 1350 Pennsylvania Avenue NW, Suite 316 | Washington, DC 20004
202-545-3119 – Desk | 202-351-9261 – Cell | jim.slattery@dc.gov



**From:** admin dbranchlaw.com <admin@dbranchlaw.com>
**Sent:** Friday, December 2, 2022 9:42 PM
**To:** Bowser, Muriel (EOM) <muriel.bowser@dc.gov>; ATD EOM3 <eom@dc.gov>; ATD ORM <orm@dc.gov>
**Cc:** davidbranch dbranchlaw.com <davidbranch@dbranchlaw.com>
**Subject:** Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

D.C. Mayor Muriel Bowser and D.C. Office of Risk Management:

On behalf of Attorney David Branch of the Law Office of David A. Branch & Associates, PLLC, please see the attached D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claims sent on behalf of our firm's client, Baron Jamaal Bell. Please confirm receipt of the notice. Thank you.

Best,

Jonathan Fuentes, Legal Assistant

Law Office of David A. Branch & Associates, PLLC

1828 L Street, NW

Suite 820

Washington, DC 20036

(202) 785-2805 phone

(202) 785-0289 fax

NOTICE: This correspondence contains confidential and privileged information intended for the sole use of the addressee. Any use or dissemination of the contents or metadata by someone other than that individual or its agent is prohibited. If you are not the addressee, please notify the sender immediately and delete the correspondence and any attachment.

| | |
|---|---|
| **From:** | Careiro, Vanessa (EOM) |
| **To:** | Husband, Phillip (DOH) |
| **Cc:** | Cavendish, Betsy (EOM) |
| **Subject:** | FW: Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim |
| **Date:** | Monday, December 19, 2022 3:03:05 PM |
| **Attachments:** | Baron Bell - 12-309 Notice Final 120222.pdf |
| | image001.png |
| | RE Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim.msg |

Philip – You may already be aware of this matter, but wanted to make sure you had this communication. Thanks.

Best,
Vanessa

**Vanessa Careiro** | Deputy General Counsel
Executive Office of the Mayor
(202) 724-1303 (o) | (202) 340-8555 (c)
vanessa.careiro@dc.gov

**From:** Slattery, Jim (EOM) <Jim.Slattery@dc.gov>
**Sent:** Monday, December 5, 2022 12:17 PM
**To:** Cavendish, Betsy (EOM) <betsy.cavendish@dc.gov>
**Cc:** Careiro, Vanessa (EOM) <vanessa.careiro@dc.gov>
**Subject:** FW: Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim

Betsy- flagging for awareness. Attached is an email reply from ORM as well.

Jim Slattery | Correspondence Officer
Pronouns: He/Him/His (What's This?)
Mayor's Correspondence Unit | Executive Office of Mayor Muriel Bowser
The John A. Wilson Building | 1350 Pennsylvania Avenue NW, Suite 316 | Washington, DC 20004
202-545-3119 – Desk | 202-351-9261 – Cell | jim.slattery@dc.gov



**From:** admin dbranchlaw.com <admin@dbranchlaw.com>
**Sent:** Friday, December 2, 2022 9:42 PM
**To:** Bowser, Muriel (EOM) <muriel.bowser@dc.gov>; ATD EOM3 <eom@dc.gov>; ATD ORM <orm@dc.gov>
**Cc:** davidbranch dbranchlaw.com <davidbranch@dbranchlaw.com>
**Subject:** Baron Jamaal Bell - D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claim

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

D.C. Mayor Muriel Bowser and D.C. Office of Risk Management:

On behalf of Attorney David Branch of the Law Office of David A. Branch & Associates, PLLC, please see the attached D.C. Code Ann. § 12-309 Litigation Hold and Notice of Claims sent on behalf of our firm's client, Baron Jamaal Bell. Please confirm receipt of the notice. Thank you.

Best,

**Exhibit 2**

Jonathan Fuentes, Legal Assistant

Law Office of David A. Branch & Associates, PLLC

1828 L Street, NW

Suite 820

Washington, DC 20036

(202) 785-2805 phone

(202) 785-0289 fax

NOTICE: This correspondence contains confidential and privileged information intended for the sole use of the addressee. Any use or dissemination of the contents or metadata by someone other than that individual or its agent is prohibited. If you are not the addressee, please notify the sender immediately and delete the correspondence and any attachment.