# EXHIBIT 3

**From:** Nesbitt, LaQuandra S. (DOH) ████████████████
**Sent:** Thursday, June 2, 2022 10:47 AM
**To:** sherita grant ████████████████  Grant, Sherita (DOH) ████████████

## REDACTED

Be well,

**LaQuandra S. Nesbitt, MD, MPH**
Director
Department of Health
████████ (main)
████████ (direct)
899 North Capitol St NE, 5th Floor
Washington DC 20002_
████████████
dchealth.dc.gov

**From:** sherita grant ████████████████
**Sent:** Thursday, June 2, 2022 8:30 AM
**To:** Nesbitt, LaQuandra S. (DOH) ████████████████  Grant, Sherita (DOH)
████████
**Subject:** Fw: Your Questions Answered and Alert of What's To Come

You don't often get email from ████████████. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Good morning, Dr. Nesbitt-

I hope this email finds you well.

I am the Housing Coordinator in the Capacity Building, Housing and Community Partnership division at HAHSTA.

I have the need to send you this correspondence below that was sent to my personal email from an employee at HAHSTA, Baron Bell. I say employee because I do not know for sure if Mr. Bell is employed or not with DC Health.

## REDACTED

**Sherita J. Grant, MHS**

----- Forwarded Message -----
**From:** sherita grant ████████████████
**To:** Baron Bell ████████████ ████████████████
**Sent:** Thursday, June 2, 2022, 07:31:06 AM EDT

**Subject:** Re: Your Questions Answered and Alert of What's To Come

Baron

I wish you well and would ask that you refrain from sending me any more communication.

Sent from Yahoo Mail for iPhone

On Thursday, June 2, 2022, 6:39 AM, Baron Bell ████████████ wrote:

> My mission is accomplished. I have answered your questions. And I have made you aware of my response to your harm done to my character and professionalism and my physical safety in the workplace as well. Therefore, until we meet in a court of law, I pray you will be confident in your TRUTH. For when we have no fear of TRUTH then we are prepared to meet our Lord on the Day of Reckoning.
>
> -----Original Message-----
> From: sherita grant ████████
> To: Baron Bell ████ ████ ████████
> sherita grant ████████
> Sent: Wed, Jun 1, 2022 2:26 pm
> Subject: Re: Your Questions Answered and Alert of What's To Come
>
> Get Help!
>
>
> Sent from Yahoo Mail for iPhone
>
> On Wednesday, June 1, 2022, 5:34 AM, Baron Bell ████████████ wrote:
>
>> *"Dr. Eaton,...I know you don't imagine yourself to be speaking for Sherita!! Sherita is not a weak, cowardly, buck dancing, scared Negro. She needs neither you nor me to defend her at HAHSTA! Sherita has POWER! Sherita earned her strips and gained her power from the school of hard-knocks! I hope you encourage Sherita to exercise her power!"*
>>
>> Monique, I am including you in this e-mail so you can help a friend who seems to be having difficulty comprehending. And what I have to convey here is too important for her to not understand! I haven't spoken to both of you in a while so I am assuming Monique is still your friend Sherita. I trust Monique will not let harm come to you, the hallmark of a *"true"* friend. She can assist you with comprehension but also with judgement as it is apparent you are struggling mightily in that area as well.
>>
>> Sherita, after that minstrel show HAHSTA called a mediation, you sent me an e-mail about us talking. I promised you we would. But, then I was tied up with work. I wanted to finish what I suspected would be my last work assignments at HAHSTA for what I thought would be only a few weeks.
>>
>> In any event. As I reflected on what you said during mediation Sherita, something just didn't sit right with me! Because, nothing coming out of your

mouth matched what I was told your allegation against me was. The little I was told that is. All I heard out of your mouth at mediation was about "Ivan", whom yourself describe as "soft as a ball of cotton".

Now that I am clear about you actions Sherita, I'm going to explain myself to you as you requested! And I want you to be clear about my actions which are now in motion. I want you to protect yourself. I don't want you to be caught off guard. Again, a hallmark of "*true*" friendship.

For the final time until the Day of Reckoning, I will address your being upset with me for calling "Cotton Ball" your benefactor when me, you and Monique were talking.

Sherita I told you, I was only joking! Nonetheless, I apologized when it upset you! (What REAL MEN do!) You think after all these years all of a sudden I am going to lie to you about why I said something to you?

From the opening paragraph of this e-mail which is what I wrote to "Cotton Ball", does it sound like I think he is your Benefactor? I told "Cotton Ball" the exact opposite. SHERITA HAS POWER, I wrote! Damn it Sherita, how many times have you and I talked about this? Me telling you, you don't NEED a Man. Sherita has her own!!

Sherita, how many times have I implored you, get involved with Women's initiatives in HAHSTA. Lead them! You have POWER from your experiences others cannot possibly have!

And already I shared with you what I wrote above to "Cotton Ball". Like I said, Sherita you are having trouble with comprehension and sound judgment.

Sherita, Monique knows what "Cotton Ball" buys you. So, what was your *real* problem about me joking about "Cotton Ball" being your Benefactor when me, you and Monique were talking? Do you even know Sherita?

Now, I will address what I meant when I said *"Sherita, I was not hurt BY YOU! I was hurt FOR YOU!"* And it is the same reason I didn't want to talk to you anymore about what "Cotton Ball" did to Janice.

When I told you I heard from other Women how "Cotton Ball" be cursing Women out, you know Sherita I did not mean that literally. I meant he be disrespecting Women, telling people off, in a very unprofessional way, a lot of times by e-mail. You claimed ignorance to his actions. But, you told me and Monique yourself how "Cotton Ball" be going off on people in CARE. You even asked me one time yourself Sherita, *"Is Ivan being a bully"?* You know EXACTLY how he is and WHAT he is!

Maybe you took what I said literally? Nonetheless, your denial caused me to reflect one day. I said Damn! Out of all the stories Sherita and I have shared all these years, NOT ONCE has Sherita told me a story about a Man in her life who is a Man of Courage and Character! Not even her father! The only Man in your life whom you told me about Sherita who was a decent Man was the one who interviewed you and wrote that book when you were at Ballou. That's it!

So, Sherita, you legitimately can't know when a male is lying or being disrespectful towards a Woman because you have no comparative examples in your personal life! Nor can you understand a Man responding to a Woman

who said she was wronged with no personal interest for himself. Such Men are not the norm in your life. And, losing your mother at such a very young age, put you in a very difficult situation. You had to fend for yourself and had to contend with loneliness. All this has given you a great fear of loss.

So, even if it is obvious, even to you, a male is being dishonest and disrespectful towards a Woman, especially towards yourself, you have taught yourself to lie to yourself just so you will not be alone. Just like I imagine you lied to yourself about Marquise's father. Just like you lied to yourself about Derrick when he was out there impregnating. Just like you lie to yourself about Tony.

Sherita, you like to say you from Southeast. Like you hip to game. So, you REALLY think a male don't want you over his house because of how his now grown azz daughter sees you? And what is so "game" about it, the history of your relationship with Tony provides a plausible excuse. But instead of allowing his daughter to view you as *"Sherita the Homewrecker"* he should be telling her *"Sherita is the Love of my life. Respect It and Accept It!"* A person who really cares for someone doesn't continue to allow them to be hurt and disrespected. But game is not letting a Woman come to expect She can freely come over to your house.

So get it now Sherita? I was not hurt by you when you claimed you didn't know how "Cotton Ball" disrespect Women over in CARE. I was hurt FOR YOU because I know you have taught yourself to LIE TO YOURSELF to survive, to avoid being lonely. You don't even have an example in your life of a decent Man to make comparisons to. Cruddy males are the norm for you!

Sherita, Baron has always believed in your Power and told you to believe in YOURSELF! Still, I managed to underestimate your Power! I underestimated your POWER to lie to yourself so Damn good that you can make yourself forget what the Damn Truth Is!

You actually told Memnon and Lawrence I was making your work environment hostile????

Sherita, do you even remember the last thing I said to you during our phone conversation before your stunt? Or did you lie to yourself about that too so you no longer remember???

### *"NO MATTER WHAT you think of me, my opinion of you will not change!"*

That's the last thing I said to you Sherita! I was not angry at you!!

Carroll is the one who told me, *"Baron, Sherita said you are making her work environment hostile because you are angry at her because she does not see what Ivan did wrong to Janice".*

And nobody told me a DAMN thing else!

I'm thinking, "I just talked to Sherita over 2 hours on

Friday. And we not even in the office. What the Hell????"

As a scratched my head, I guessed your stunt Sherita had something to do with "Cotton Ball". But I still could not figure out what LIE you told to Frison! Because, I knew damn well the TRUTH of our last conversation before your stunt, you could not and would not disclose. What were you going to say? *"Lawrence, I told Baron there is too much ass kissing at HAHSTA. And I didn't think Michael was the only one that needed to be fired. Yaw don't let me wear the clothes I want to wear at work. Lena was a temp now she a Manager because Clover is guilty of colorism. Lawrence, if not for you I would have a bigger pension. You all treat Monique Brown so wrong. I still like everybody at HAHSTA though, but Baron said I don't. Oh, I can't take it. Make Baron stop!"*

That is how Damn DUMB you would have sounded Sherita if you told Frison the TRUTH of that conversation!

But, even at that point Sherita, I was not angry with you. Here is what I wrote in response to your stunt:

*"And despite this latest allegation from Ms. Grant, Baron Bell is not angry at her. To the contrary, Baron loves Sherita. He knows Sherita very well. And for over 15 years, one of our major conversations is of me encouraging Ms. Grant to exercise HER POWER!"*

And I continued:

*"Nor am I even angry that Ms. Grant claims I have subjected her to a hostile work environment. For me to be upset with Ms. Grant for having a differing view or for sharing her voice would make me a hypocrite. The very reason I have filed a complaint against Mr. Ivan Eaton is so Black Women feel safe to share their voice free of manipulation in HAHSTA's work environment."*

And that is why I called you on that Friday Sherita. So, you could exercise YOUR POWER.

Sherita, you say its just work. But it's all personal with you! I did not want you to be up in your feelings acting like me, Mo Mo, and Bo Mo were talking about you

behind your back when I got HUD to reverse that wrong guidance they gave us on those fees for VAWA. So, I wanted to actually talk with you about the issue and then come up with a strategy where YOU be the one to talk to HUD to get them straight about giving the incorrect guidance about fees. I meant to get HUD straight earlier, but I didn't get back to it. And that was mostly because you got hot, thinking somebody overlooking you, when the entire thing started because HUD saw there were no VAWA drawdowns in IDIS. Which is MY JOB!

But you couldn't wait to talk to HUD. You had done that already. So, you started complaining about Management. I know you needed to make HAHSTA a bad place to make "Cotton Ball's" bullying OK, even justified. But, Sherita, I was not going to listen to you talk about Management without telling Sherita the damn truth about what Sherita REALLY NEEDED TO HEAR for Sherita to advance!

And here is the TRUTH again. Nobody is going to do a DAMN thing for you when you go around with a chip on your shoulders!

Sherita, when you see those 30 somethings, those attention getters, you see *"those whores",* as you call them, from your childhood. Who being brainwashed and made ignorant themselves by Eurocentric benchmarks of beauty, teased you. Called you Black, Fat, Ugly, etc.! But in a Black country, most of them would be White, Skinny, and Ugly!

Sherita, those young 30 somethings you work with are NOT THOSE WHORES in the hood from your childhood!!! Stop giving them rent free space in your head and in your outlook on life!!!

Nobody is going to like Sherita and do for Sherita when Sherita gives off a vibe she doesn't like them because Sherita acts like certain Women she works with are *"those whores"* from her childhood!

Oh wait, you really LIKE Leah? *"What is the bitch"?* Oh, you really like Lena? *"I don't trust that Bitch".* Sherita STOP IT!!!!

*Monique Brown, Rony Mohram, April Richardson, Lena Lago, Trenton Frederick, Marlene Graham, Lawrence Frison, George Lambert, Michel Pickering, Ken Pettigrew, Deborah Chandler, Nelly Otienno, Koube Ngage, Diedre Gray", Dr. Jenkins, Ashley McSwain, Julie Riddle.*

Sherita, you have had "run ins" or problems with EVERY one of them listed above!!! But, you ALWAYS PLAY THE VICTIM!

I'm sure Sherita at every damn job you have ever had, you have had a conflict with somebody!

Sherita, I get it. You have had to put up with so much in your personal life, you put on this hard exterior at work, wherever work happens to be. Nobody going to get over on Sherita! Nope. Not anymore. But Sherita, you think being joked about as being big bad Sherita who runs off the Housing Supervisors is a good thing? No it's not! IF you want to advance in this world's life, in an institutional setting, you must appear approachable and be cooperative Sherita!!!!

Sherita, even when it is not your fault, you have got to handle things with decorum. STOP over compensating at work for the disrespect you allow in your personal life!

Again, I get it Sherita. You have had a hard life. A lonely life. So you pretend to be hard and lie to yourself not be lonely. It must be painful to be made to feel you are not worthy of a "good" Man. But Sherita, when I saw you on Team's ACTING like you were so afraid of me, *"Baron gets so angry"*, *"oh Baron is going to hurt my Ivy Poo"*, that is when I said, "SHERITA J. GRANT IS FULL OF SHIT"!!!!!!

Violence Sherita? Violence?

Not until Memnon told "Cotton Ball" during that minstrel show that he had already told him Nesbitt did not find I

was trying to "EF" him up, did I realize what was really happening. Sherita, I knew you could play dumb, but not THAT dumb! I could not believe you would stoop that low to betray me like that. So, it took me a real good while to fully process it.

You are the mother of a son who has been convicted of murder and you want to play with violence Sherita?

I know you have had a hard life Sherita. But, so have a lot of people! As human beings, we still need to have a sense of shame, decency, and a moral compass. Having a hard life is no excuse for being cruddy, dirty, and selfish. What happened to all that CHRIST TALK you do Sherita? That Church going? How has your actions towards me reflected belief in your Lord?

You know, I realized something in all this. I let you down Sherita. I betrayed You! See, by always allowing you to play the victim, it only increases you in your disillusionment. You will never recognize the Truth and face what really is the source for all these conflicts in your life. And, by letting Sherita just be Sherita, it allows her to think She can do whatever she wants and run her mouth with impunity!

The first day you said something to me about "Sweet Baby Koube" I should have told you right then: *"Sherita, shut the F-ck up! Don't tell me how to do my job!"*

Sweet Baby Koube!!!! *"That wasn't me that was Monique".* Sherita, I put up with your nonsense because I knew Koube represents for you those attention getters, *"those whores"* from your childhood. *"I don't dislike Koube. I just wanted to mop the floor with Her".* Oh. My bad Sherita. I should have just said you want to mop the floor with Koube! Listen to how ridiculous you sound Sherita! Wanting to "mop the floor" with a 30 something year old who works for a provider. Isn't just work?

Fox tell me to get receipts together for VAWA and deal

with HUD and here you come with a damn e-mail. *"Baron, don't speak for me…"*. I should have responded right then. *"Sherita!!! Shut the "EF" up! Nobody speaking for YOU!!!"* I am talking about WORK under my Supervisor's orders!!!!!

I'm doing my job, working on the CAPER, working on the Action Plan, so I contact Housing Counseling Services about DATA! Now I got to hear more SHIT from YOU Sherita!

But after your lying on me to Management, I had enough of your BS. I told Fox, damn it Fox, if you don't tell Sherita these programs don't belong to her! I don't want to hear another damn thing out her mouth!!!

Sherita, I always call you the Boss of the Housing Team. In reality, we all know you are not anybody boss! But I say Sherita is the boss to encourage Sherita so Sherita will tap into her POWER!

In my encouraging Sherita, in my "turning the other cheek" in understanding and being sympathetic towards Sherita, in my being a consummate professional in the workplace, has gotten everyone in HAHSTA and DC Health twisted! You all thought I was going to allow myself to be accused of being a violent, terroristic threat to the safety of the workplace and not demand my name be cleared and those besmirching my character not held accountable???

So Sherita, even though you have now proven yourself to be a danger to me and family, I'm still going to look out for you! Allah is always watching. What we do we must answer for. So, for my benefit on the Day of Reckoning, I'm still going to warn you so you can protect yourself and maybe you will STOP allowing "Cotton Ball" to make a damn fool out of you.

Sherita. Get yourself a lawyer! Tell "Cotton Ball" to pay for it sense you think he so much your friend. He is the

one who orchestrated this plot and filled your head up with it! So he should pay your lawyer fees. You two can be represented by the same lawyer.

I filed a complaint with DCHR and copied the Mayor's Office. I told them if they don't come over to DC Health and address this Nigga stunt!!!!!!

I put Memnon and Frison on blast! I said, how can they even bring me some Nigga ish from Sherita Grant when even Frison sent people to Memnon because of Ms. Grant's uncouth and unprofessionalism??? But, Sherita, I did not leave you hanging! I told them that Frison, Memnon, and Fox not fit to be Managers. How in the Hell could they sit there and let "Cotton Ball" manipulate this Woman like this, I said? Can't they see this Woman needs personal and professional help? She runs to Management, makes a complaint against me, and then says the reason for her complaint was: *"Baron hurt my feelings"!*

After whatever performance you gave and whatever lie you told Sherita for them to come at me with some BS, when you said: *"Baron hurt my feelings"*, they should have said, *"Sherita, what happened? Why you switch up? Did Baron threaten you"?*

But... you never had a real story to tell, now did you Sherita? Not about me making your work environment hostile. No. You lied to yourself about our conversation, convinced yourself I was angry at you, then convinced yourself you believed you were hurt, just so you could tell Management I was going to physically hurt, severely injure, "Cotton Ball." All to help him in his retaliation against me to deflect away from my complaint against his humiliating Janice.

As soon as he saw you ACTING scared, that is when Lawrence should have known you were lying! I told Lawrence, if yaw don't get this ish straight you all are going to have to fire me! I said Lawrence, this is

ridiculous. He said, it is! Then Lawrence said you were not to be trusted!

Sherita, you and "Cotton Ball" got one thing in common for sure. Both of you are NARCISSIST!

I call you up because I don't want you to be up in your feelings about work because you were proven wrong because of your stubbornness about incorrect guidance. But, you start talking SHIT to me about HAHSTA culture, calling me a sell-out. Then you call me back talking MORE SHIT about you don't have to explain yourself to me and that you can't trust me and Monique. And you have the NERVE to tell Management I am making your work environment hostile?????? Then, you want to give me the opportunity to explain myself to YOU??!*@*

Sherita, you calling me a sell-out didn't even make me angry! I just said to myself; "Sherita done bumped her damn head if she think I am scared of Kharfen".

Sherita, when Clover carried us on the housing proposal, who went STRAIGHT to Kharfen and had him not even coming around for damn near half a year???? Baron!

But when Kharfen got on your azz about the VAWA contract that Andre messed up, what did you tell him Sherita???? Big Bad Sherita, the Truth Spitta. You aint tell Kharfen Shit!!!! You sat in his office and took it!

Sherita, who did the people come to and ask to be the Union President because they knew he was not afraid to say what the Hell he wants and represents? Baron!!! And Sherita, the people who nominated you for Shop Steward did so because they knew we work together and wanted you to be my Shop Steward as the President!!!!!

Sherita, guess who is the leader of the POWAB Social

Justice Committee? Still Right Now??  Baron!!!!

Sherita, you TALK good game, but what have you done to change anything at HAHSTA?? You address staff, and maybe Clover and Fox, but you aint going to say nothing to whom it really counts! Baron on the other hand...Baron going to tell the Truth to EVERYBODY!!!

You think I am a sell-out Sherita? Well, tell me, what did you and "Cotton Ball" think when I went All-Staff, mentioning Lawrence's e-mail specifically about people wanting to be called "Doctor"? My ass! You see I made Lawrence put out his e-mail saying people could no longer send All staff e-mails. When he did that I was on the phone talking to Wanda Deyo and Kim Green. And we all laughed!

And Sherita, when you did SPIT FIRE and caught FIRE, who was NOT AFRAID to back YOU UP when everybody turned on you? Baron!!

Monique, like I said, Sherita can't comprehend and she lacks sound judgement. Help HER!

Sherita J. Grant, despite teaching yourself to lie to yourself, still, how did you have the gumption, the gall, the nerve, to tell Frison and Memnon I was making your work environment hostile??

Do you know that THREE people came to Monique and told her they would be willing to be a witness on her behalf if she reported you to Management after they observed your rude and unprofessional behavior towards her? But instead of reporting you to Management Sherita, Monique would rather tell Fox she leaving. The mark of a "true friend".

Sherita, YOU ARE THE HOSTILE WORK ENVIRONMENT!!!

Then, you have the damn audacity Sherita to tell me you can't trust me and Monique?!?

Let me tell you something Sherita, when you pulled your stunt, Fox said he was going to call everybody. I called Monique. And Monique, I could tell YOU ALREADY KNEW WHAT SHERITA DID!!! But Monique never told me Sherita, no warning, nothing!! I was totally blindsided by your stunt Sherita. Still, I was not upset with Monique in the least. In fact, the reason I called her Sherita was to tell her: DON'T SAY ANYTHING TO FOX!! I did not want Monique to even get involved and interfere with or ruin you two's life-long friendship. That is what "trust-worthy" friends do Sherita!

Sherita, you on the other hand are THE MOST running your mouth, talking behind the back, untrustworthy friend a person could have in their entire life! You let Vanessa talk ish about me! You talk to Marian about me. You even talk to HUD about FOX. And you have the unmitigated gall to say you can't TRUST ME AND MONIQUE????

And right while you are telling me you can't Trust me, you had already ran your mouth to Memnon about me for your Ivy Poo!!

I knew this was a moment in which "Cotton Ball" would cash in on his investment!

See, I know me exposing "Cotton Ball" for being a BUM would make him buy even more things for you Sherita. "Cotton Ball" has a fear of loss too! He believes if you compare him to me, you won't hold him in high esteem and will stop tolerating him. So, he got to prove to you I am wrong about what he did to Janice. So, he will try to convince you by buying you even more stuff!

Well, am I wrong Sherita??

Sherita, I laughed to myself when Fox said, *"lets go over to Sherita's house again"* when we were talking about meeting in person again. When you said, *"We*

*can't meet over here"*. How you looked around. I laughed. "Cotton Ball" got it raining up in Sherita house now! That's what I said to myself!!

Sherita, when I asked how your vacation went, when you went to the wrestling match in Florida, I heard a catch in your voice! I said to myself, *"Why would Sherita be shocked I asked her how her vacation with her family went?"* Like, I don't know her. Then it hit me!!!! I bet that damn "Cotton Ball" done paid for Sherita family vacation!!

Sherita, for those trinkets, gifts, household appliances, plane tickets, etc. "Cotton Ball" has made you into a fool!

Sherita, you should see how dumb, stupid, even desperate and crazy you looked on Teams. Your eyes darting all over the place, *"I'm scared because Baron is so angry with Ivan"*, *"Carroll said I was the one who told on Ivan"*. Ivan, Ivan, Ivan!!!!! Your whole testimony was about IVAN!

And Sherita, you claimed you were upset because I called "Cotton Ball" your Benefactor in a conversation with me, you, and Monique. But then, you repeat the entire damn story in front of everybody, including the part *"Look around your house"!* I wanted to jump through the screen, give you a hug, and whisper in your ear, *"Sherita, don't say it!"* And you thought you made me look bad! You were so blinded by your lies you tell yourself, you could not see you only exposed to everybody that "Cotton Ball" be making it rain in your house, thus your motive to say; *"Baron going to hurt my Ivy poo. I don't see what Ivan did wrong to Janice"*.

And damn it Sherita, when they told me how you exposed yourself before everybody, telling them how you had "Cotton Ball" secretively listening in on another phone line while talking to Carroll that really made it clear to EVERYONE! Boy did you lack judgment!

I asked Carroll, "what did Ivan do when Sherita said that?" Carroll said Ivan didn't say anything. He just sat there unflinching, unemotional, unmoved! *"Doth call me Doctor"!* While people calling you Nigga Sherita!!! *"I thought you knew he was on the other line"*. Damn Sherita, you really played yourself.

Its sad Sherita. "Cotton Ball" did not even THINK about You! He let you put yourself out for him like that. He didn't protect you! He threw you in the line of fire to protect himself! Me on the other hand, notice how quiet I was Sherita! I was not going to get into a back and forth with you in front of all those people. Even when I started to realize you were full of SHIT, *"Baron gets so angry"*. What I say? *"If Ms. Grant thinks I made her work environment hostile, she should file a complaint and be heard!"*

And you know what is so messed up about it all Sherita? I DIDN'T tell you Carroll told me you were the one who complained to him about "Cotton Ball". I heard you complaining about "Cotton Ball" to Carroll myself in our office space!!! Monique heard you too!

And STOP IT Sherita!!!! You didn't have only one conversation about "Cotton Ball" not coming to work! You had many conversations about it! But that was when he was running game on you, not speaking to you and not telling you why!!!

Sherita, you did not like me calling "Cotton Ball" your Benefactor in front of Monique. Well, here is something you REALLY NOT GOING TO LIKE!

I told you. I was just joking when I called "Cotton Ball" your Benefactor. In reality, "Cotton Ball" is much MORE than your Benefactor Sherita!!!! "Cotton Ball" is your morning light, your shining star, your midnight moon, the oxygen you need to breathe into your body so you have life!!

See, "Cotton Ball", by showering upon you what you think is affection, makes you feel visible. He makes you feel seen. He makes you feel worthy. Thus "Cotton Ball" makes you feel alive!! Alive as a special Woman showered with attention! A beautiful Woman!

So, why in the Hell would I be angry at you Sherita for not being able to see what "Cotton Ball" did to Janice? Sherita don't demand respect, truth, and honesty for herself! So, how is Sherita going to demand respect for another Woman???? Particularly when the bum who disrespected Janice is the bum that makes Sherita feel alive!

I get it Sherita, by me exposing what "Cotton Ball" did to Janice, it exposes him as a narcissist, a BUM, a male chauvinist and misogynist. So, who going to care when Sherita tells one of the ladies in the office *"Girl, guess what "Cotton Ball" bought me?"* Nobody!!

And so, that is what is really troubling your soul Sherita. If you accept the Truth about "Cotton Ball" you could no longer feel worthy as a Woman from the attention and affection, however weird, you get from him!

I wrote to "Cotton Ball", I hope you encourage Sherita to exercise HER POWER because how you told me "Cotton Ball" was dismissing everything I said about the POWER of Black Woman. "Cotton Ball" has no need for a Woman who is smart, intelligent, and who is independent. He needs to be able to feel he is the smartest in every setting and relationship he is in. He needs to feel as if he is helping someone who is less fortunate than him or insufficient in some aspect to grow. This is why "Cotton Ball" wants you to be lonely and isolated Sherita, depending upon him emotionally! And, I must tell you. "Cotton Ball" don't care about your BLACK BEAUTY or your Brains Sherita!

You think I'm wrong?? OK. Tell "Cotton Ball" that your grandson understood Janice. "Cotton Ball" will

immediately admit the Truth about the intentionality of his actions against Janice then! No way would he allow you to see a child as being smarter than him! Or, ask "Cotton Ball" this. *"Why did you tell Colleen and Kim you wanted my plane to crash?"* He wants you emotionally dependent upon him, that's why!

Sherita, the rumor is they were looking to fire Michael! So, when "Cotton Ball" ran to HR on me, they spun it against Michael. Accused him of failing to provide a safe-space. But, because of "Cotton Ball's" violence plot, I guess they felt they had to come to me. Memnon didn't even know what really happened until he investigated me! When I dropped the TRUTH and filed my complaint against "Cotton Ball", they were still looking to blame everything on Kharfen to fire him! Somehow, they thought I was playing about RESPECT being shown a Black Woman. I started putting people on blast and exposed and embarrassed people. They don't want the Truth to be known so, they actually tried to fire me! Even emotionally messing with me, saying they don't know why I aint coming to work. Not acknowledging my cause and concerns. And I really lit em up then! Now they got a dilemma.

Oh. But, the Truth is going to get out! My lawsuit will be filed in a few days now. But, that is not the half. You better know the entirety of DC Government and the City will know of your and "Cotton Ball's" Nigga-ish! I know you like playing the victim Sherita. So, I know you lied to people about what happened. Start listening for the TRUTH and your LIES being exposed!

And my lawsuit is not just about "what Ivan did to Janice". My lawsuit is about clearing my name and making my work environment safe. Safe from a maniacal, narcissist who is trying to set me up by physically harming me, so he brings violence into the picture to set up his act of revenge. And not only DC Health I will be suing. You and "Cotton Ball" personally!

Sheeeet. VIOLENCE!*#^

And, when this gets to court, I will have my lawyer depose everybody in the office to speak about the real THREAT in HAHSTA's work environment!!!!! Who is more likely to go off in the office? Ivan Eaton. Sherita Grant. Or Baron Bell. And boy I can't wait for my lawyer to start reading Janice's e-mails and start asking "Cotton Ball" what made "no sense" to him! And now since you DUMB too Sherita, my lawyer going to ask you too! Violence? Violence? Violence? Na, ugh ugh. You and "Cotton Ball" going to get exposed. Trust and Believe!

Sherita, here is what already floating in the office. Somebody said to me, *"Baron, can I ask you a personal question"? "I heard Sherita liked you, and when you turned her down, she reported you to Management"!*

Whoever put that out there trying to distance your actions Sherita away from "Cotton Ball". Gotta be somebody close to you. Because, when I tried to defend you still, by saying you are involved with someone, they said; *"Oh. That don't count. That is just some guy she cheated with"!*

When somebody else heard you said: *"Baron hurt my feelings"*. They said, *"What about all the people whose feelings Sherita hurt"?*

Who knows what else going to be said when folk get to testifying in court! Monique, I am not going to have you on the stand to answer anything about Sherita! I will instruct my lawyer only to ask you about Me!

Sherita, did "Cotton Ball" have you tell Management how afraid he was with what I wrote to him? Did you tell Management you were also so afraid of how violent what I wrote to Cotton Ball was?

*"Baron, This is powerful! As two intellectual Black men, I hope you and Dr. Eaton can forge a better relationship and come together to help eradicate racism for our nation and not just this group. Just WOW!" [Sherita Grant, e-mail with Baron Bell, December 18, 2020]*

I told Memnon, VIOLENCE in NO WAY accomplishes my goal! And my goal is, that DC Government ensure that **RESPECT BE SHOWN A BLACK WOMAN!**

Then, I submitted EVIDENCE into the official record of no good, dirty, filthy liars! In court, my lawyer going to demand to see what DC Government did with that evidence and if DC Government punished those who may have provided false testimony in an official investigation.

Sherita, I will have Shirley as the last witness and part of my defamation of character lawsuit. Boy are you dirty!!!!!

Sherita, this for me is a Divine mission. DC Government is going to address what "Cotton Ball' did. Me want to hurt Ivan, pleaze. Exposing him, as the fraud, fake, pseudo-intellectual he is hurts him. And that is why he wants to hurt me by conjuring up violence. And they asked me did I want to hurt "Cotton Ball" and YOU SHERITA??? Oh NO!

Being a "true" friend Sherita is understanding, forgiving, accepting a person for who they are! But, as I told you and Monique one day, the first law of nature is self-preservation. Sherita, when you went to Management, and told them you believed I was going to physically hurt "Cotton Ball" through violence, that put me in definite harm. You put not only my reputation in peril, but my life in jeopardy.

I will stop there. You know why Sherita? Because even though you are dirty, you still have the Power of a Black Woman. Which means, you still can redeem yourself, if you only stop lying to yourself and believe in yourself!! But you need to start TELLING YOURSELF THE TRUTH!

Sherita, you know what else are dirty? Diamonds! Diamonds are dirty because they are formed in the

deep regions of the earth where the pressure is greatest. And that is what makes Diamonds the most precious of stones. That pressure makes them very hard. When properly cut and polished, they are most beautiful and strong. Your life's struggle Sherita, that pressure, can shape you into a Diamond. I hope you use that pressure to empower yourself to tell the Truth. To do the right things. To live right. So you can shine like a Diamond Sherita. If you do, someone will see your shine and alas Love You and Appreciate You, for YOU!